# O L S H A N

1325 AVENUE OF THE AMERICAS • NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 • FACSIMILE: 212.451.2222

EMAIL: RAPPLETON@OLSHANLAW.COM
DIRECT DIAL: 212.451.2288

## MEMO ENDORSED July 1, 2026

**BY ECF**

> Appellee is directed to respond—via a letter-brief of no more than three pages—by 5 p.m. on July 2, 2026.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: July 1, 2026
> New York, New York

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re:    *In re B.C.I. Finances Pty Limited (In re Liquidation), et al.*, No. 26-cv-4542 (ER):
Request for Emergency Stay

Dear Judge Ramos:

Olshan Frome Wolosky LLP is counsel to appellant Michael Binetter in the above referenced bankruptcy appeal. As further set forth below, Mr. Binetter seeks an emergency interim administrative stay of an order entered by the Bankruptcy Court pending a briefing schedule in order that Mr. Binetter can brief his motion for stay pending appeal before this Court. This request comes in the wake of last evening's denial of Mr. Binetter's Motion to Stay Pending Appeal, pursuant to which the Bankruptcy Court denied Mr. Binetter's request for a stay of a June 30 deadline.

The Bankruptcy cases date to 2017 and the issue on appeal concerns a subpoena seeking documents as far back as 2012 as part of an asset tracing exercise. No Article III Judge has ever weighed in on this matter.

Notwithstanding the longevity of this case and the staleness of any trail, Mr. Binetter now faces imminent irreparable harm absent emergency relief from this Court. Without an emergency stay, Mr. Binetter's Fifth Amendment rights will be irreversibly impeded after which any effort to restore his constitutionally protected privileges will be forever lost. This is such because the documents and bank records that contain private confidential and protected data and information personal to Mr. Binetter that were turned over in a confidential process will be disclosed to the counterparty.

On May 27, 2026, Mr. Binetter appealed the *Order Granting Motion to Compel and Denying Motion for a Protective Order* dated one day earlier.[1] A copy of the order is attached hereto as **Exhibit A**. The order requires Mr. Binetter and his banking institution to produce documents over his Act of Production privilege objections pursuant to the Fifth Amendment of the

---

[1] This Order flows from an earlier granted recognition order, which recognition order is subject of a current appeal before your honor. *See* Case No. 25 Civ. 4815 (ER)

1

13316187-1

July 1, 2026
Page 2

United States Constitution as of June 30. The appeal is pending and as of this writing the Bankruptcy Court has not transmitted the record on appeal.

The order was issued pursuant to the bankruptcy court's memorandum opinion and order entered on May 26, 2026 and attached as **Exhibit B** hereto. On May 28, 2026, Mr. Binetter filed his *Motion for Stay Pending Appeal* with the bankruptcy court. A copy of that motion is attached as **Exhibit C** hereto. *See* Fed. R. Bankr. P. 8007(a)(1).

Last evening the Bankruptcy Court entered its *Decision and Order Denying Motion for Stay Pending Appeal*. *See* **Exhibit D**.

Mr. Binetter's Constitutional Protections are on the line, with no court having the authority to exercise the judicial power of the United States having considered his objections. His appeal further runs the risk of mootness absent a stay, which is its own irreparable harm.

With the bankruptcy court having denied his motion, Mr. Binetter now turns to this Court. We request an immediate stay to allow briefing. While we are tempted to rest on the brief we filed with the bankruptcy Court, and with the holiday weekend upon us, we would respectfully request a deadline of Thursday July ninth to file an opening brief so we can review and review and address  as may be appropriate the bankruptcy court's decision denying the stay.

To avoid irreparable harm, we further request that the court stay the order pending consideration of the stay motion by the district court.

Respectfully,

*/s/ Robert M. Appleton*
Robert M. Appleton

Encls.

cc: Counsel of Record

2

13316187-1